Anthony F. Tagliagambe, Esq.
LONDON FISCHER LLP
*Attorneys for Plaintiff*
GREAT AMERICAN ASSURANCE, CO.
59 Maiden Lane
New York, New York 10038
Phone: (212) 972-1000
Fax:    (212) 972-1030

**'07 CIV 9657**

**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GREAT AMERICAN ASSURANCE, CO.,                    07 CIV._____

        Plaintiff,                                  RULE 7.1 DISCLOSURE

        -against-

FERNO AUSTRALIA PTY. LTD.,

        Defendant.
------------------------------------------------------------------ x

    Pursuant to Rule 9 of the General Rules of the Eastern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys or record for plaintiff, GREAT AMERICAN ASSURANCE, CO. certifies that the following are corporate parents, subsidiaries or affiliates of these parties: Outsourcing Services Group, Inc.

Dated: New York, New York
       October 29, 2007

                              Respectfully,

                              LONDON FISCHER LLP

                By: _____
                            Anthony F. Tagliagambe (#3691)
                            *Attorneys for Plaintiff*
                            Great American Assurance Company
                            59 Maiden Lane
                            New York, New York 10038
                            (212) 972-1000
                            Fax: (212) 972-1030

TO:

FERNO AUSTRALIA PTY. LTD.
11 Johnstone Road
Brendale QLD 4500
Commonwealth of Australia

K:\336\142\Pleadings\Rule-7.1-Federal.doc