UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN ASSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> FERNO AUSTRALIA PTY. LTD., <br><br> Defendant. | CIVIL ACTION NO. 07-CV-9657 <br><br><br> HON. KENNETH M. KARAS, U.S.D.J. |

**LIMITED NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT FERNO AUSTRALIA PTY. LTD.**

PLEASE TAKE NOTICE that Sills Cummis & Gross P.C. hereby enters a limited appearance as counsel on behalf of the defendant, Ferno Australia Pty. Ltd., solely for purposes of contesting personal jurisdiction in this matter.

                                              SILLS CUMMIS & GROSS P.C.
                                              One Rockefeller Plaza
                                              New York, NY 10020
                                              (212)643-7000
                                              Attorneys for Defendant Ferno Australia Pty. Ltd.

                                              By: _____
                                                    BENNET SUSSER

Dated: May 15, 2008