UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
TAMI HOAG and GREAT AMERICAN ASSURANCE CO.,

                     Plaintiff,

      -against-

FERNO AUSTRALIA PTY. LTD.

                     Defendant.
-------------------------------------------------------- X

07-CIV-9657

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, the attorneys of record for the parties in this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, plaintiff's action against defendant FERNO AUSTRALIA PTY. LTD. is hereby dismissed without prejudice, and without cost to any party as against each other.

Dated:    New York, New York
           May 27, 2008

_____
Brian A. Kalman  (1382)
LONDON FISCHER LLP
Attorneys for Plaintiffs
Tami Hoag & Great American Assurance Co.
59 Maiden Lane
New York, New York 10038
(212) 972-1000
Fax: (212) 972-1030

_____
Vincent Lodato
SILLS, CUMMIS & GROSS P.C.
Attorneys for Defendant
Ferno Australia Pty. Ltd
1 Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
Fax: (973) 643-6500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
5/28/08